**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: TARGET CORP. SECURITIES CLASS ACTION LITIGATION<br><br>FORMERLY KNOWN AS<br><br>STATE BOARD OF ADMINISTRATION OF FLORIDA<br><br>*Plaintiff,*<br>*v.*<br><br>TARGET CORPORATION, *et al.,*<br><br>*Defendants.* | Case No.: 0:25-cv-04380-NEB-SGE |
| CITY OF RIVIERA BEACH POLICE PENSION FUND, individually and on behalf all others similarly situated, *et al*.,<br><br>*Plaintiffs*,<br>v.<br><br>TARGET CORPORATION, et al.,<br><br>*Defendants*. | Case No.: 0:25-cv-04461-NEB-SGE |
| BRIAN CRAIG, *et al*.,<br><br>*Plaintiffs,*<br>v.<br><br>TARGET CORPORATION, *et al*.,<br><br>*Defendants.* | Case No.: 0:25-cv-04434-NEB-SGE |

**MOTION FOR ADMISSION TO APPEAR**
**PRO HAC VICE OF JACOB M. RAE**

Defendants Target Corporation, Brian C. Cornell, David P. Abney, Douglas M. Baker, Jr., George S. Barrett, Gail K. Boudreaux, Robert L. Edwards, Donald R. Knauss, Christine A. Leahy, Monica C. Lozano, Grace Puma, Derica W. Rice, Dmitri L. Stockton, and Melanie L. Healey (collectively "Defendants") respectfully request this Court grant admission pro hac vice for Jacob M. Rae in the cases *City of Riviera Beach Police Pension Fund v. Target Corp*., No. 0:25-cv-04461-NEB-SGE and *Craig v. Target Corp.*, No. 0:25-cv-04434-NEB-SGE, which were consolidated into *In re Target Corp. Securities Class Action Litigation*, No. 0:25-cv-04380-NEB-SGE on July 24, 2025 (the "Consolidated Securities Action," ECF 44). This Court has already granted admission pro hac vice for Jacob M. Rae in the Consolidated Securities Action on November 24, 2025 (ECF 88).

**AFFIDAVIT OF MOVANT**

I, Jeffrey P. Justman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jacob M. Rae, an attorney admitted to practice and currently in good standing in the State of New York and certain United States District Courts (including the United States District Court for the Southern District of New York), but not admitted to the bar of this Court, who will be counsel for Defendants in the case listed above.

I am aware that the local rules of this Court require that an active Minnesota resident who is a member in good standing of the bar of this Court participate in the preparation

and presentation of the case listed above and accept service of all papers served, unless the Court grants a motion for a non-Minnesota resident to serve as local counsel.

I am a resident of the State of Minnesota and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d).

Dated: December 10, 2025

Respectfully submitted,

By: */s/ Jeffrey P. Justman*

Jeffrey P. Justman (MN 0390413)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7133
Facsimile: (612) 766-1600
Email: jeff.justman@faegredrinker.com

*Attorney for Defendants*

**AFFIDAVIT OF PROPOSED ADMITTEE**

I, Jacob M. Rae, am currently a member in good standing of the State of New York and certain United States District Courts (including the United States District Court for the Southern District of New York), but am not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Dated: December 10, 2025

By: */s/ Jacob M. Rae*

Jacob M. Rae (NY 5543848)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-4800
jacob.rae@kirkland.com